Ernest Lacy, Judge.

BRICKEN, P J. Appeal dismissed.

(114 So. 925)

Jim RUSSELL v. STATE. (4 Div. 298.) Court of Appeals of Alabama. Nov. 15, 1927.

A. E. Gamble, Judge.

BRICKEN, P. J. Appeal dismissed.

(116 So. 926).

Will RUSSELL v. STATE. (1 Div. 788.) Court of Appeals of Alabama. April 10, 1928.

J. Bedsole, Judge. Distilling.

RICE, J. Affirmed.

(113 So. 919)

Hoyt ST. JOHN v. STATE. (7 Div. 370.) Court of Appeals of Alabama. June 7, 1927.

R. B. Carr, Judge. Violating prohibition law.

RICE, J. Affirmed.

(114 So. 925)

G. L. SALLAS v. STATE. (4 Div. 354.) Court of Appeals of Alabama. Nov. 29, 1927.

J. S. Williams, Judge.

RICE, J. Affirmed.

(115 So. 925)

Jay Gould SAMPLES v. STATE. (8 Div. 640.) Court of Appeals of Alabama. Jan. 31. 1928.

W. W. Haralson, Judge.

SAMFORD, J. Appeal dismissed. See, also, ante, p. 81, 112 So. 537.

(111 So. 926)

Joe SANFORD v. STATE. (7 Div. 263.) (Court of Appeals of Alabama. Feb. 1, 1927.)

R. B. Carr, Judge.

RICE, J. Affirmed.

(117 So. 926)

Joe SANFORD v. STATE. (7 Div. 404.) Court of Appeals of Alabama. June 5, 1928.

R. B. Carr, Judge. Distilling.

RICE, J. Appeal dismissed.

(117 So. 926)

Roy SARATT v. STATE. (7 Div. 440.) Court of Appeals of Alabama. June 5, 1928.

Woodson J. Martin, Judge. Distilling.

RICE, J. Affirmed.

(118 So. 926)

Carrie SAUNDERS, alias Roberts, v. STATE. (8 Div. 763.) Court of Appeals of Alabama. Sept. 4, 1928.

Charles P. Almon, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(111 So. 926)

John SAWYER v. STATE. (4 Div. 221.) (Court of Appeals of Alabama. Jan. 13, 1927.)

W. L. Parks, Judge.

PER CURIAM. Appeal dismissed.

(115 So. 925)

Kirby SCOTT v. STATE. (6 Div. 328.) Court of Appeals of Alabama. Jan. 10, 1928.

Ernest Lacy, Judge.

SAMFORD, J. Defendant was convicted of violating the prohibition law. We have examined this record, and find no errors prejudicial to defendant. The judgment is affirmed.

(112 So. 925)

Pinkney SCOTT et al. v. STATE. (6 Div. 118.) Court of Appeals of Alabama. May 10, 1927.

J. C. B. Gwin, Judge.

SAMFORD, J. Appeal dismissed by appellant.

(112 So. 925)

Pinkney SCOTT et al. v. STATE. (6 Div. 119.) Court of Appeals of Alabama. May 10, 1927.

J. C. B. Gwin, Judge.

RICE, J. Appeal dismissed by appellant.

(111 So. 926)

William SCOTT v. STATE. (8 Div. 472.) (Court of Appeals of Alabama. March 22, 1927.)

J. E. Horton, Judge.

SAMFORD, J. Affirmed.

(114 So. 925)

John SCROGGINS v. STATE. (4 Div. 330.) Court of Appeals of Alabama. Nov. 8, 1927.

W. L. Parks, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(114 So. 925)

F. M. SEAY v. STATE. (4 Div. 322.) Court of Appeals of Alabama. Nov. 15, 1927.

J. S. Williams, Judge.

SAMFORD, J. Appeal dismissed.